NEW YORK CENTRAL RAILROAD CO. ET AL. *v.*
LEFKOWITZ, ATTORNEY GENERAL OF
NEW YORK, ET AL.

No. 914.   Decided February 24, 1969.

*John A. Wells, Gerald E. Dwyer,* and *Victor F. Condello* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *pro se, Ruth Kessler Toch,* Solicitor General, and *Joseph A. Romano,* Assistant Attorney General, for appellee Lefkowitz, and *Thomas A. Shaw, Jr.,* and *Harold C. Heiss* for appellees Brotherhood of Locomotive Firemen & Enginemen et al.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.